## Decisions on Petitions for Writs of Certiorari from February 21 to May 29, 1911.

No. 879. JOHN HART, PETITIONER, *v.* THE UNITED STATES. February 27, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas W. Fitzsimons* for the petitioner. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 880. THE ATLANTIC CITY RAILROAD COMPANY, PETITIONER, *v.* MARY S. CLEGG, ADMINISTRATRIX. February 27, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Clarence L. Cole* for the petitioner. *Mr. W. Holt Apgar* for the respondent.

No. 884. JOHN J. SESNON COMPANY, PETITIONER, *v.* THE UNITED STATES OF AMERICA. February 27, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William H. Gorham* and *Mr. George H. Lamar* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

